1034

[No. 33289-2-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVONN SHONTELLE HOPKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-01-00619-2, James B. Sawyer II, J., entered May 19, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ. Now published at 134 Wn. App. 780.

[No. 33402-0-II. Division Two. August 11, 2006.]

JOHN COLBERT ET AL., *Appellants*, v. MICHAEL KLUPFELL ET AL., *Defendants*, GEORGE REZENDES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-2-00231-1, Craddock D. Verser, J., entered June 8, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33410-1-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN NATHANIEL OSBORN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00355-1, James J. Stonier, J., entered June 6, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 33425-9-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER B. LOONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00486-4, David E. Foscue, J., entered April 29, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.